IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HOMER L. PERREN,

 Plaintiff,          JUDGMENT IN A CIVIL CASE

v.               Case No. 13-cv-141-wmc

SHERIFF STEVE HELGESON,

 Defendant.

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Homer L. Perren's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief can be granted.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |