IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HOMER L. PERREN,

    Plaintiff,

v.

SHERIFF STEVE HELGESON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-141-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Homer L. Perren's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief can be granted.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |